UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  HYO SHIN

Case No.: 16-29613-VFP
Chapter: 7
Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
| --- |
| United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on ___January 31, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
| --- |
| Real property located at 808 Elizabeth Street, Ridgefield, New Jersey
Value: $330,000.00 |

| Liens on property: |
| --- |
| Wells Fargo Bank, N.A.  $282,000.00
PNC Bank $32,000.00 |

| Amount of equity claimed as exempt: |
| --- |
| $4,389.00 |

Objections must be served on, and requests for additional information directed to:

Name:      David Wolff, Trustee
Address:   396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29613-VFP
Hyo Shin                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 1          Date Rcvd: Jan 03, 2017
                             Form ID: pdf905        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db                Hyo Shin,    808 Elizabeth St.,    Ridgefield, NJ 07657-2512
aty              +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
cr               +John Rafferty,    14841 Dallas Parkway,    Suite 300,    Dallas, TX 75254-7883
516445744         American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
516445746       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79990-8000)
516445748         BMW Financial Services,    P.O. Box 660545,    Dallas, TX 75266-0545
516445745         Bank of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
516445749        +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516570573         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516445750         Citibank,    P.O. Box 6201,    Sioux Falls, SD 57117-6201
516445751        +Discover,    100W Market Street,    Greenwood, DE 19950-9401
516445753        +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
516445752         PayPal,    P.O. Box 105658,    Atlanta, GA 30348-5658
516445754       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     P.O. Box 5855,
                  Carol Stream, IL 60197-5855)
516445755         Wells Fargo,    P.O. Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2017 23:48:03     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2017 23:47:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516568396        E-mail/Text: mrdiscen@discover.com Jan 03 2017 23:47:19     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516445747*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79990-8000)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
```
              Bong June Kim    on behalf of Debtor Hyo  Shin bjkim@kimbae.com, kimbaecompany@gmail.com
              David  Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David  Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David  Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net,
               NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```