**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
**396 Route 34**
**Matawan, New Jersey 07747**
**(732) 566-1189**
**DW/1993**

In Re:

HYO SHIN,

                **Debtor.**

Order Filed on January 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29613-VFP

Chapter 7 Proceeding

Judge: Hon.  Vincent F. Papalia

### ORDER FOR RETENTION OF COUNSEL TO TRUSTEE

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 6, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

**Debtor:   Hyo Shin**

**Case No. : 16-29613-VFP**

**Caption of Order: ORDER FOR RETENTION OF COUNSEL TO TRUSTEE**

_____

Upon consideration of this matter, being opened to the Court by Law Offices of David

Wolff LLC upon the annexed Application for retention of attorneys for Trustee ("Trustee");

and it appearing from the Application that the firm of Law Offices of David Wolff LLC

represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which they

are to be engaged and that their employment is necessary and would be in the best interest of

this estate; and good cause appearing therefore, it is hereby

ORDERED that the Trustee, be and is hereby authorized to retain the firm of Law Offices

of David Wolff LLC as his attorneys to represent him in the above-captioned bankruptcy matter,

effective the date of the Trustee's appointment; and it is further

ORDERED that the fees and expenses to the firm of Law Offices of David Wolff LLC,

shall be fixed by further Order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:
Hyo Shin
      Debtor

Case No. 16-29613-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Jan 06, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
db           Hyo Shin,   808 Elizabeth St.,   Ridgefield, NJ 07657-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
       Bong June Kim   on behalf of Debtor Hyo  Shin bjkim@kimbae.com,  kimbaecompany@gmail.com
       David  Wolff   dwtrustee@verizon.net,  NJ50@ecfcbis.com
       David  Wolff   on behalf of Trustee David  Wolff dwtrustee@verizon.net,  NJ50@ecfcbis.com
       David   Wolff   on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net
       Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
       William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
       William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                       TOTAL: 7