| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation<br><br>In Re:<br>    Shin, Hyo | **Order Filed on February 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No:  <u>16-29613 VFP</u><br><br>Hearing Date: <u>February 22, 2017</u><br><br>Judge:  Vincent F. Papalia |

| Recommended Local Form: | [X] Followed | [ ] Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

 **DATED: February 28, 2017**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2014 TOYOTA CAMRY, VIN: 4T1BF1FK7EU454991**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Hyo Shin  
    Debtor

Case No. 16-29613-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db         Hyo Shin,    808 Elizabeth St.,    Ridgefield, NJ   07657-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
           Bong June Kim    on behalf of Debtor Hyo  Shin bjkim@kimbae.com, kimbaecompany@gmail.com  
           David  Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com  
           David  Wolff     on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com  
           David  Wolff     on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                               TOTAL: 7