Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  16−29613−VFP
                         Chapter:  7
                         Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hyo Shin
   808 Elizabeth St.
   Ridgefield, NJ 07657−2512

Social Security No.:
   xxx−xx−6966

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       12/12/17
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Law Offices of David Wolff LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $8,563.50

EXPENSES
expenses: $42.74

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 14, 2017
JAN:

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-29613-VFP
Hyo Shin                                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 14, 2017
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
```
db           Hyo Shin,   808 Elizabeth St.,   Ridgefield, NJ 07657-2512
aty          +Law Offices of David Wolff LLC,   396 Route 34,   Matawan, NJ 07747-7115
cr           +John Rafferty,   14841 Dallas Parkway,   Suite 300,   Dallas, TX 75254-7883
516445744     American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
516647901     American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
516445746    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79990-8000)
516445748     BMW Financial Services,   P.O. Box 660545,   Dallas, TX 75266-0545
516445745     Bank of America,   P.O. Box 15220,   Wilmington, DE 19886-5220
516445749    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
516570573     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516445750     Citibank,   P.O. Box 6201,   Sioux Falls, SD 57117-6201
516445751    +Discover,   100W Market Street,   Greenwood, DE 19950-9401
516445753    +PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
516445752     PayPal,   P.O. Box 105658,   Atlanta, GA 30348-5658
516445754   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 5855,
              Carol Stream, IL 60197-5855)
516445755     Wells Fargo,   P.O. Box 14411,   Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516700519    +E-mail/Text: bncmail@w-legal.com Nov 14 2017 23:35:13    Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516568396     E-mail/Text: mrdiscen@discover.com Nov 14 2017 23:34:21    Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 4
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516445747*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79990-8000)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2017 at the address(es) listed below:
```
          Bong June Kim    on behalf of Debtor Hyo  Shin bjkim@kimbae.com, kimbaecompany@gmail.com
          David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
          David   Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```