**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, NJ 07747

Order Filed on December 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:  16-29613-VFP |
| HYO SHIN, | Hearing Date: 12/12/2017 @ 2:00 p.m. |
| Debtor. | Judge: Hon. Vincent F. Papalia |
| | Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $ 8,563.50 | $ 42.74 |

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-29613-VFP
Hyo Shin                                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db            Hyo Shin,    808 Elizabeth St.,    Ridgefield, NJ 07657-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              Bong June Kim    on behalf of Debtor Hyo  Shin bjkim@kimbae.com, kimbaecompany@gmail.com
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 7