Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29613−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hyo Shin
   808 Elizabeth St.
   Ridgefield, NJ 07657−2512

Social Security No.:
   xxx−xx−6966

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:           March 13, 2018
TIME:           02:00 PM
LOCATION:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $19,000.00
TOTAL DISBURSEMENTS:     $279.27
BALANCE ON HAND:         $18,720.73

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff

COMMISSION OR FEES
Fee Amount Requested $2,650

EXPENSES
Expenses Requested $31.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: February 14, 2018
JAN: dmc

                                                          Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29613-VFP
Hyo Shin                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 1              Date Rcvd: Feb 14, 2018
                               Form ID: 192                Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             Hyo Shin,    808 Elizabeth St.,    Ridgefield, NJ 07657-2512
aty           +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
cr            +John Rafferty,    14841 Dallas Parkway,    Suite 300,    Dallas, TX 75254-7883
516445744      American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
516647901      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516445746    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79990-8000)
516445748      BMW Financial Services,    P.O. Box 660545,    Dallas, TX 75266-0545
516445745      Bank of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
516445749     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516570573      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516445750      Citibank,    P.O. Box 6201,    Sioux Falls, SD 57117-6201
516445751     +Discover,    100W Market Street,    Greenwood, DE 19950-9401
516445753     +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
516445752      PayPal,    P.O. Box 105658,    Atlanta, GA 30348-5658
516445754    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    P.O. Box 5855,
                Carol Stream, IL 60197-5855)
516445755      Wells Fargo,    P.O. Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 22:32:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 22:32:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516700519     +E-mail/Text: bncmail@w-legal.com Feb 14 2018 22:32:54      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516568396      E-mail/Text: mrdiscen@discover.com Feb 14 2018 22:32:39      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516445747*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79990-8000)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Bong June Kim    on behalf of Debtor Hyo  Shin bjkim@kimbae.com, kimbaecompany@gmail.com
              David  Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David  Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David  Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 7
```